# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Costco Wholesale Corporation; and Does 1 to 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Jean Eileen Brady

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically filed
by Superior Court of CA,
County of Santa Clara,
on 5/13/2022 5:18 PM
Reviewed By:M. Dominguez
Case #22CV398385
Env #8986782

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp),* your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org),* the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp),* or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER**
*(Número del Caso):* 22CV398385

SANTA CLARA SUPERIOR COURT
191 North First Street
San Jose, California 95113

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Timothy D. McMahon, Esq., SB#117024/Ben H. Stoddard, Esq., SB#306181
CORSIGLIA McMAHON & ALLARD, LLP  96 North Third Street, Suite 620
San Jose, CA 95112 - Telephone: (408) 289-1417

DATE:
*(Fecha)*     5/13/2022 5:18 PM     Clerk of Court     Clerk, by _____ M. Dominguez _____, Deputy
                                    *(Secretario)*                                  *(Adjunto)*
(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]



**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

Brady, Jean

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Timothy D. McMahon, Esq., SB#117024/Ben H. Stoddard, Esq., SB#306181 CORSIGLIA McMAHON & ALLARD, LLP 96 North Third Street, Suite 620 San Jose, CA 95112 TELEPHONE NO: (408) 289-1417  FAX NO. *(Optional)*: (408) 289-8127 E-MAIL ADDRESS: ben@cmalaw.net ATTORNEY FOR *(Name):* Plaintiff, Jean Brady | **Electronically Filed by Superior Court of CA, County of Santa Clara, on 5/13/2022 5:18 PM Reviewed By: M. Dominguez Case #22CV398385 Envelope: 8986782** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, California 95113
BRANCH NAME: Civil Division

CASE NAME: Jean Brady vs. Costco Wholesale Corporation, Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER 22CV398385 |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder | |
| | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: |
| | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):*  a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* Two
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: May 13, 2022

Ben H. Stoddard, Esq.
(TYPE OR PRINT NAME)                                    ▶          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. September 1, 2021]    ■ CEB | Essential
                                   ceb.com ■ Forms™    **CIVIL CASE COVER SHEET**    Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
                                                                                    Cal. Standards of Judicial Administration, std. 3.10
                                                                                    www.courts.ca.gov

Brady, Jean

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late Claim
  Other Civil Petition

Brady, Jean

**PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Timothy D. McMahon, Esq., SB#117024/Ben H. Stoddard, Esq., SB#306181 <br> **CORSIGLIA MCMAHON & ALLARD, LLP** <br> **96 North Third Street, Suite 620** <br> **San Jose, CA 95112** <br> TELEPHONE NO.: (408) 289-1417   FAX NO.(Optional): (408) 289-8127 <br> E-MAIL ADDRESS (Optional): ben@cmalaw.net <br> ATTORNEY FOR (Name): Plaintiff, Jean Brady | **FOR COURT USE ONLY** <br> E-FILED <br> 5/13/2022 5:18 PM <br> Clerk of Court <br> Superior Court of CA, <br> County of Santa Clara <br> 22CV398385 <br> Reviewed By: M. Dominguez |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SANTA CLARA
 STREET ADDRESS: 191 North First Street
 MAILING ADDRESS:
 CITY AND ZIP CODE: San Jose, California 95113
 BRANCH NAME: Civil Division

PLAINTIFF: Jean Eileen Brady

DEFENDANT: Costco Wholesale Corporation; and

☒ DOES 1 TO 50

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**
  ☐ **AMENDED (Number):**
**Type (check all that apply):**
☐ **MOTOR VEHICLE**   ☒ **OTHER (specify):** Premises Liability;
  ☐ Property Damage   ☐ Wrongful Death   General Negligence
  ☒ Personal Injury   ☐ Other Damages (specify):

| | |
|---|---|
| **Jurisdiction (check all that apply):** <br> ☐ **ACTION IS A LIMITED CIVIL CASE** <br> **Amount demanded** ☐ does not exceed $10,000 <br>   ☐ exceeds $10,000, but does not exceed $25,000 <br> ☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)** <br> ☐ **ACTION IS RECLASSIFIED** by this amended complaint <br>   ☐ from limited to unlimited <br>   ☐ from unlimited to limited | CASE NUMBER: <br><br> 22CV398385 |

1. **Plaintiff** (name or names): Jean Eileen Brady

   alleges causes of action against **defendant** (name or names): Costco Wholesale Corporation; and
   Does 1 to 50
2. This pleading, including attachments and exhibits, consists of the following number of pages:   5
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

   b. ☐ **except** plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| | | |
|---|---|---|
| Form Approved for Optional Use <br> Judicial Council of California <br> PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT-Personal Injury, Property** <br> **Damage, Wrongful Death** <br> Brady, Jean | Code of Civil Procedure, § 425.12 <br> www.courtinfo.ca.gov |

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jean Eileen Brady vs. Costco Wholesale Corporation, et al. | |

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name)*:
      **Costco Wholesale Corporation**
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   c. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   b. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   d. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1-25 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 26-50 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property**
**Damage, Wrongful Death**

Brady, Jean

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jean Eileen Brady vs. Costco Wholesale Corporation, et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☒ Other *(specify)* :
   Prejudgment interest.

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify)* :
   According to proof.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
   (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
   (1) ☒ according to proof
   (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: May 13, 2022

Ben H. Stoddard, Esq.
(TYPE OR PRINT NAME)                                    ▶                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT-Personal Injury, Property**
CEB® Essential          **Damage, Wrongful Death**
ceb.com Forms                                                          Brady, Jean

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jean Eileen Brady vs. Costco Wholesale Corporation, et al. | |

<u>  FIRST  </u>     **CAUSE OF ACTION - Premises Liability**     Page  4
(number)

ATTACHMENT TO [X] Complaint     [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Jean Eileen Brady
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* November 6, 2021     plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*
Plaintiff Jean Eileen Brady was injured while shopping at the
Costco store located at 2376 S. Evergreen Loop, San Jose,
California, County of Santa Clara. The injury occurred when
Plaintiff tripped on a dangerous and negligently placed
wooden pallet.

Prem.L-2.   [X]  **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated
the described premises were *(names):*
Costco Wholesale Corporation, Inc.; and

[X] Does  1  to  50

Prem.L-3.   [ ]  **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or
maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

[ ] Does  ____  to  ____
Plaintiff, a recreational user, was  [ ]  an invited guest  [ ]  a paying guest.

Prem.L-4.   [ ]  **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on
which a dangerous condition existed were *(names):*

[ ] Does  ____  to  ____
a. [ ] The defendant public entity had  [ ]  actual  [ ]  constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ]  The condition was created by employees of the defendant public entity.

Prem.L-5.  a. [ ]  **Allegations about Other Defendants** The defendants who were the agents and employees of the other
defendants and acted within the scope of the agency were *(names):*

[ ] Does  ____  to  ____
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [ ]  as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]     **CAUSE OF ACTION - Premises Liability**     Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

CEB | Essential
ceb.com | Forms

Jean Brady

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jean Eileen Brady vs. Costco Wholesale Corporation, et al. | |

_____SECOND_____        **CAUSE OF ACTION- General Negligence**        Page 5_____
(number)

ATTACHMENT TO [X] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Jean Eileen Brady

alleges that defendant *(name)*: Costco Wholesale Corporation; and

[X] Does    1    to 50_____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*:  November 6, 2021

at *(place)*:  Costco located at 2376 S. Evergreen Loop, San Jose, California, County of Santa Clara

*(description of reasons for liability)* :

Plaintiff incorporates by reference the allegations contained in each paragraph of this complaint, including each and every allegation of the First Cause of Action as though fully set forth herein.

1. On or about November 6, 2021, Plaintiff Jean Eileen Brady was shopping at the Costco warehouse located at 2376 S. Evergreen Loop, San Jose, California, in the County of Santa Clara.

2. At all times relevant herein Defendants COSTCO WHOLESALE CORPORATION, and DOES 1 to 50 occupied, owned, operated, and/or controlled the premises of the 2376 S. Evergreen Loop, San Jose, CA store.

3. On or before the date of the injury, Defendants placed a low-profile wooden pallet containing produce on or near a customer walkway in the warehouse.

4. At the time of the incident a portion of the low-profile wooden pallet contained little or no product on it, resulting in a portion of the pallet having nothing present to alert customers to its presence or call customers' attention to the fact that the edges of the pallet were protruding out into the customers' walking space where customers could trip over it.

5. Defendants' placement of the low-profile wooden pallet in the manner described was negligent and created an unsafe and unreasonably dangerous tripping hazard for customers and guests of their store.

6. While shopping in the produce section of the Costco warehouse and walking near this low-profile wooden pallet, Plaintiff JEAN EILEEN BRADY was unaware that the edge of the low-profile wooden pallet was protruding into the space where customers walk.

7. As she was walking by the wooden pallet, one of Plaintiff's feet struck the edge of wooden pallet, causing her to trip and fall and sustain serious and permanent injuries, including a fracture of the proximal humerus.

8. As a direct and proximate result of Defendants' negligence described herein, Plaintiff Jean Eileen Brady was severely injured and sustained significant personal injury damages, including special and general damages as alleged herein.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION- General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

CEB® Essential Forms
ceb.com

Brady, Jean

**ATTACHMENT CV-5012**

## CIVIL LAWSUIT NOTICE

**Superior Court of California, County of Santa Clara**
**191 North First St., San José, CA 95113**

CASE NUMBER: _____ 22CV398385 _____

---

### PLEASE READ THIS ENTIRE FORM

---

**PLAINTIFF** (the person suing):  Within 60 days after filing the lawsuit, you must serve each Defendant with the *Complaint, Summons*, an *Alternative Dispute Resolution (ADR) Information Sheet*, and a copy of this *Civil Lawsuit Notice*, and you must file written proof of such service.

---

**DEFENDANT** (The person sued):  **You must do each of the following to protect your rights:**

1. You must file a **written response** to the *Complaint, using the proper legal form or format*, in the Clerk's Office of the Court, within **30 days** of the date you were served with the *Summons and Complaint*;
2. You must serve by mail a copy of your written response on the Plaintiff's attorney or on the Plaintiff if Plaintiff has no attorney (to "serve by mail" means to have an adult other than yourself mail a copy); and
3. You must attend the first Case Management Conference.

**Warning: If you, as the Defendant, do not follow these instructions, you may automatically lose this case.**

---

**RULES AND FORMS:**  You must follow the California Rules of Court and the Superior Court of California, County of <_CountyName_> Local Civil Rules and use proper forms.  You can obtain legal information, view the rules and receive forms, free of charge, from the Self-Help Center at 201 North First Street, San José (408-882-2900 x-2926).

- State Rules and Judicial Council Forms:  www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms:  http://www.sccsuperiorcourt.org/civil/rule1toc.htm

**CASE MANAGEMENT CONFERENCE (CMC):**  You must meet with the other parties and discuss the case, in person or by telephone at least 30 calendar days before the CMC.  You must also fill out, file and serve a *Case Management Statement* (Judicial Council form CM-110) at least 15 calendar days before the CMC.

**You or your attorney must appear at the CMC.**  You may ask to appear by telephone – see Local Civil Rule 8.

---

Your Case Management Judge is: _____ Manoukian, Socrates P _____  Department: ___ 20 ___

The 1st CMC is scheduled for: (Completed by Clerk of Court)
Date: __10/04/2022__  Time: __3:00 PM__  in Department: ___ 20 ___

The next CMC is scheduled for: (Completed by party if the 1st CMC was continued or has passed)
Date: _____  Time: _____  in Department: _____

---

**ALTERNATIVE DISPUTE RESOLUTION (ADR):**  If all parties have appeared and filed a completed *ADR Stipulation Form* (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference. Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

**WARNING:** Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| TIMOTHY D. McMAHON, ESQ (SBN 117024)<br>BEN H. STODDARD, ESQ. (SBN 306181)<br>CORSIGLIA McMAHON & ALLARD, LLP<br>96 NORTH THIRD STREET, SUITE 620, SAN JOSE, CA 95112<br><br>TELEPHONE NO.: (408) 289-1417    FAX NO. *(Optional)*: (408) 289-8127<br>E-MAIL ADDRESS *(Optional)*: ben@cmalaw.net<br>ATTORNEY FOR *(Name)*: JEAN BRADY, PLAINTIFF | **Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 6/15/2022 4:46 PM<br>Reviewed By: R. Fleming<br>Case #22CV398385<br>Envelope: 9228001** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SANTA CLARA
STREET ADDRESS: 191 NORTH FIRST STREET
MAILING ADDRESS: 191 NORTH FIRST STREET
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: CIVIL DIVISION

| PLAINTIFF/PETITIONER:  JEAN EILEEN BRADY<br>DEFENDANT/RESPONDENT:  COSTCO WHOLESALE CORPORATION | CASE NUMBER:<br>22CV398385 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* CIVIL LAWSUIT NOTICE

3. a. Party served *(specify name of party as shown on documents served):*
      COSTCO WHOLESALE CORPORATION c/o C.T. CORPORATION
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      DIANA RUIZ, AGENT FOR SERVICE

4. Address where the party was served:
   330 N. BRAND BLVD, STE 700, GLENDALE, CA 91230

5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 06-10-22          (2) at *(time):* 10:41am

   b. [ ] **by substituted service.** on *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
         *(date):*          from *(city):*          **or** [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| | |
|---|---|
| PLAINTIFF/PETITIONER:   JEAN EILEEN BRADY | CASE NUMBER: |
| DEFENDANT/RESPONDENT:   COSTCO WHOLESALE CORPORATION | 22CV398385 |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the
address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date)*:            (2)  from *(city)*:

    (3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed
to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d.  ☐  **by other means**  *(specify means of service and authorizing code section):*

      ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a.  ☐  as an individual defendant.

  b.  ☐  as the person sued under the fictitious name of *(specify):*

  c.  ☐  as occupant.

  d.  ☒  On behalf of *(specify):* COSTCO WHOLESALE CORPORATION
under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒  416.10 (corporation) | ☐  415.95 (business organization, form unknown) |
| ☐  416.20 (defunct corporation) | ☐  416.60 (minor) |
| ☐  416.30 (joint stock company/association) | ☐  416.70 (ward or conservatee) |
| ☐  416.40 (association or partnership) | ☐  416.90 (authorized person) |
| ☐  416.50 (public entity) | ☐  415.46 (occupant) |
| | ☐  other: |

7.  **Person who served papers**

  a.  Name: BERTHA DEL RIVERO

  b.  Address: 816 S. FIGUEROA STREET, STE 100, LOS ANGELES, CA 90017

  c.  Telephone number: (213) 327-0014

  d.  **The fee** for service was: $

  e.  I am:

    (1)  ☐  not a registered California process server.

    (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).

    (3)  ☒  a registered California process server:

        ☐ owner   ☒ employee   ☐ independent contractor.

      (ii)  Registration No.: PS1664

      (iii)  County: SANTA CLARA

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 06-15-22

BERTHA DEL RIVERO

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *Bertha del Rivero* (signature)

(SIGNATURE)

**PROOF OF SERVICE OF SUMMONS**

TIMOTHY D. McMAHON, ESQ., SBN 117024
tim@cmalaw.net
BEN H. STODDARD, ESQ., SBN 306181
ben@cmalaw.net
**CORSIGLIA MCMAHON & ALLARD, LLP**
96 NORTH THIRD STREET, SUITE 620
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 289-1417
FACSIMILE:  (408) 289-8127

Attorneys for Plaintiff, JEAN BRADY

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| JEAN EILEEN BRADY,<br><br>               Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE<br>CORPORATION, and DOES 1 to 50,<br>inclusive,<br><br>             Defendants. | Case No.: 18CV325365<br><br>**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR STATEMENT OF DAMAGES**<br><br>Complaint Filed:  June, 15, 2022 |

PROPOUNDING PARTY:   Defendant, COSTCO WHOLESALE CORPORATION

RESPONDING PARTY:     Plaintiff, JEAN BRADY

SET NUMBER:               ONE

      COMES NOW, Plaintiff, JEAN EILEEN BRADY, and pursuant to California Code of Civil Procedure § 425.11, hereby sets fort the Request for Statement of Damages being sought as follows:

      Plaintiff objects to this request as it is premature and issued at the outset of the case before any meaningful discovery has taken place.  Plaintiff further objects to this request the grounds it is vague, ambiguous, and overbroad.  Moreover, plaintiff objects to this request as it improperly and prematurely seeks expert information/material.

1

Notwithstanding said objections, and subject thereto, and after reasonable and good faith effort to obtain the information, as plaintiff understands this request plaintiff responds as follows:

**A.      Economic Damages Known to Date**

1.      Plaintiff's past medical expenses to date are approximately $5,420.70. Additionally, Plaintiff has required at-home care services valued at approximately $42,465.00.  Total of $47,885.70.

2.      Plaintiff's future medical expenses are conservatively estimated at $75,000.00, plus the cost of additional at-home caregiver services on an as-needed basis of approximately $4,000.00.  Total of $79,000.00.

Discovery is continuing and plaintiff reserves the right to update this response as additional information is obtained or discovered.

**B.      Non-Economic Damages:**

1.      General damages, including but not limited to, pain and suffering, humiliation, permanent physical disability, physical incapacity, loss of enjoyment of life, loss of consortium, emotional and/or nervous pain and suffering are estimated at $1,000,000.00 or the amount according to proof, whichever is greater.

Discovery is continuing and plaintiff reserves the right to update this response as additional information is obtained or discovered.

Dated:  July 29, 2022                          CORSIGLIA, McMAHON & ALLARD

By: _____
TIMOTHY MCMAHON
BEN H. STODDARD
Attorneys for Plaintiff

<u>**VERIFICATION**</u>

I, the undersigned, declare that I have read the foregoing **PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR STATEMENT OF DAMAGES** and know the contents thereof and that the same is true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *July 25*, 2022 at *San Jose*, California.

*Jean E. Brady*

JEAN BRADY

*Brady v. Costco Wholesale, et al.*
Santa Clara County Superior Court Case No. 22CV398385

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am a citizen of the United States.  My business address is 96 North Third Street, Suite 620, San Jose, CA  95112.  I am employed in the County of Santa Clara, where this mailing occurs.  I am over the age of 18 years, and not a party to the within cause.  On the date set forth below, I served the attached document(s) described as:

- **PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR STATEMENT OF DAMAGES**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

***Defendant, Costco Wholesale Corporation***
FORD, WALKER, HAGGERTY & BEHAR
Arthur J. Casey
16450 Los Gatos Boulevard, Suite #110
LOS GATOS, CALIFORNIA 95032
Telephone: (408) 660-3102
Facsimile: (408) 660-3105
acasey@fwhb.com
Mariela Nery, Assistant
mnery@fwhb.com
Lay Armanino, Paralegal
larmanino@fwhb.com


[  ]   (BY MAIL)  I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.  I sealed said envelope and placed it for collection and mailing on July 29, 2022 following ordinary business practices.

[  ]   (BY FACSIMILE) I caused such document(s) to be delivered via facsimile this date to the offices of the addressee(s).  Time Faxed

[  ]   (BY OVERNIGHT MAIL) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[  ]   (BY EMAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the

4

following e-mail addresses [OR at the e-mail addresses listed above]. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ X ]    BY ELECTRONIC TRANSMISSION ONLY. Only by emailing the document(s) to the person(s) at the email address(es) listed, based on notice provided on April 3, 2020 that during the ongoing COVID-19 coronavirus pandemic this office will be working remotely, unable to send and receive physical mail as usual, and is using only electronic mail at this time. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission of the document(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 29, 2022 at San Jose, California.

_____
*Narelle M. Pedroza*

PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR STATEMENT OF DAMAGES

ARTHUR J. CASEY [SBN 123273]
FORD, WALKER, HAGGERTY & BEHAR, LLP
16450 Los Gatos Blvd., Suite 110
Los Gatos, CA 95032
Tel:    (408) 660-3102
Fax:    (408) 660-3105
Email: acasey@fwhb.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 7/11/2022 4:10 PM
Reviewed By: P. Lai
Case #22CV398385
Envelope: 9424545**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| JEAN EILEEN BRADY,<br><br>                    Plaintiff,<br><br>         vs.<br><br>COSTCO   WHOLESALE   CORPORATION;<br>and DOES 1 to 50.<br><br>                    Defendant. | Case No. 22CV398385<br><br>**ANSWER TO COMPLAINT** |

COMES NOW Defendant, COSTCO WHOLESALE CORPORATION ("Defendant"), and in answer to the Complaint of Plaintiff JEAN EILEEN BRADY ("Plaintiff") on file herein, admits, denies, and alleges as follows:

**I.**

Answering all causes of action pled by the above-named plaintiff, this answering defendant, pursuant to Code of Civil Procedure § 431.30, denies, both generally and specifically, every material allegation, including the damage allegations, in every cause of action alleged.

**<u>AFFIRMATIVE DEFENSES</u>**

AS A SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint on file herein, this answering defendant believes and thereon alleges that plaintiff was careless and negligent in and about

1    the matters complained of and that such carelessness and negligence contributed to the happening of

2    the incident complained of, and the damages, if any, sustained thereby.

3        AS A FURTHER, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint on file

4    herein, this answering defendant is informed and believes and based thereon alleges that plaintiff, with

5    full appreciation of the particular risks involved, nevertheless knowingly and voluntarily assumed the

6    risks and hazards of the incident complained of, and the damages, if any, resulting therefrom.

7        AS A FURTHER, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint on file

8    herein, this answering defendant alleges that the Complaint fails to state facts sufficient to constitute a

9    cause of action against this answering defendant.

10       AS A FURTHER, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint on file

11    herein, this answering defendant is informed and believes and based thereon alleges that plaintiff's

12    causes of action are barred by reason of plaintiff's failure to mitigate damages, if any.

13       AS A FURTHER, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint on file

14    herein, this answering defendant asserts that plaintiff's injuries were caused or contributed to by third

15    parties in a percentage to be determined at trial and that plaintiff's recovery of noneconomic damages

16    shall be reduced in proportion to such third parties' percentage of fault.  Civil Code § 1431.2.

17       AS A FURTHER, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint on file

18    herein, this answering defendant alleges that plaintiff's claims for noneconomic damages and other

19    nonpecuniary damages, including, but not limited to, pain, suffering, inconvenience, physical

20    impairment, and disfigurement, are barred by the provisions of Civil Code §§ 3333.3 and 3333.4 as

21    adopted by the voters of the State of California as Proposition 213.

22       AS A FURTHER, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint on file

23    herein, this answering defendant alleges that said Complaint does not state facts sufficient to constitute

24    a cause of action in that said Complaint is barred by the Statute of Limitations; to wit, by the

25    provisions of the Code of Civil Procedure, § 335, et seq.

26       AS A FURTHER, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint on file

27    herein, this answering defendant is informed and believes and thereon alleges that the plaintiff's

28    employer was negligent and careless and that this carelessness and negligence on the part of the

ANSWER TO COMPLAINT                             Case No. 22CV398385

1  plaintiff's employer proximately caused or contributed to the damages, if any, sustained by the

2  plaintiff, and that by reason thereof, this answering defendant is entitled to a reduction in any verdict

3  which may be rendered against this defendant in the amount of any benefits paid or payable to the

4  plaintiff on behalf of the plaintiff's employer.

5         AS A FURTHER, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint on file

6  herein, this answering defendant alleges that if plaintiff was, in fact, acting within the course and

7  scope of employment, plaintiff's exclusive remedy is before the Workers' Compensation Appeals

8  Board, this court having no jurisdiction to determine this matter.

9         WHEREFORE, this answering defendant prays that plaintiff take nothing by reason of the

10  Complaint on file herein, that this answering defendant be awarded costs of suit herein incurred, and

11  for such other, further, and different relief as may be deemed appropriate by the Court.

12  Dated:  July 11, 2022           FORD, WALKER, HAGGERTY & BEHAR, LLP

13

14                        By:

15                          ARTHUR J. CASEY

                         Attorney for Defendant

16                          COSTCO WHOLESALE CORPORATION

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO COMPLAINT               Case No. 22CV398385

## PROOF OF SERVICE

*Jean Eileen Brady vs. Costco Wholesale Corporation*
Santa Clara County Case No.: 22CV398385

I, MARIELA NERY, declare:

I am over the age of eighteen (18) years and not a party to the within entitled action.  I am employed Ford, Walker, Haggerty & Behar, LLP.  I am readily familiar with the firm's practice for collection and processing of documents for delivery by way of the service indicated below.

On **JULY 11, 2022**, I served the following document(s):

### ANSWER TO COMPLAINT

on the interested parties in this action as follows:

☒ **BY E-MAIL:**  I caused the document to be sent to the person(s) at the e-mail address(es) listed below, each of whom previously authorized electronic service of documents in this action.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY MAIL**:  By placing said document in an envelope or package for collection and mailing, addressed to the person at the address listed below, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing of mail.  Under that practice, on the same day that mail is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

Timothy D. McMahon, Esq                       Attorney for Plaintiff
CORSIGLIA MCMAHON & ALLARD, LLP      JEAN EILEEN BRADY
96 North Third Street, Suite 620
San Jose, CA 95112
Email: ben@cmalaw.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **JULY 11, 2022**, at Los Gatos, California.

*Mariela Nery*
_____
MARIELA NERY

ANSWER TO COMPLAINT                                                         Case No. 22CV398385

1  ARTHUR J. CASEY [SBN 123273]
   FORD, WALKER, HAGGERTY & BEHAR, LLP
2  16450 Los Gatos Blvd., Suite 110
   Los Gatos, CA 95032
3  Tel:   (408) 660-3102
   Fax:   (408) 660-3105
4  Email: acasey@fwhb.com

5  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION

6

7

**Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 7/11/2022 4:10 PM
Reviewed By: P. Lai
Case #22CV398385
Envelope: 9424545**

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                       COUNTY OF SANTA CLARA

10

11  JEAN EILEEN BRADY,                    Case No. 22CV398385

12              Plaintiff,
                                          **REQUEST FOR JURY TRIAL AND
13       vs.                              NOTICE OF DEPOSIT OF JURY FEES**

14  COSTCO   WHOLESALE   CORPORATION;
15  and DOES 1 to 50.

16              Defendant.

17

18

19  TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, AND TO

20  PLAINTIFF AND HER ATTORNEY OF RECORD:

21       Pursuant to California *Code of Civil Procedure* § 631, Defendant COSTCO WHOLESALE

22  CORPORATION hereby requests a jury trial in this matter and deposits jury fees in the amount of

23  $150.00.

24  Dated:  July 11, 2022                 FORD, WALKER, HAGGERTY & BEHAR, LLP

25

26                                        By: _____
                                               ARTHUR J. CASEY
27                                             Attorney for Defendant
                                               COSTCO WHOLESALE CORPORATION
28

                                          1

**PROOF OF SERVICE**

*Jean Eileen Brady vs. Costco Wholesale Corporation*
Santa Clara County Case No.: 22CV398385

I, MARIELA NERY, declare:

I am over the age of eighteen (18) years and not a party to the within entitled action.  I am employed Ford, Walker, Haggerty & Behar, LLP.  I am readily familiar with the firm's practice for collection and processing of documents for delivery by way of the service indicated below.

On **JULY 11, 2022**, I served the following document(s):

**REQUEST FOR JURY TRIAL AND NOTICE OF DEPOSIT OF JURY FEES**

on the interested parties in this action as follows:

☒ **BY E-MAIL:**  I caused the document to be sent to the person(s) at the e-mail address(es) listed below, each of whom previously authorized electronic service of documents in this action.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY MAIL**:  By placing said document in an envelope or package for collection and mailing, addressed to the person at the address listed below, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing of mail.  Under that practice, on the same day that mail is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

| | |
|---|---|
| Timothy D. McMahon, Esq<br>CORSIGLIA MCMAHON & ALLARD, LLP<br>96 North Third Street, Suite 620<br>San Jose, CA 95112<br>Email: ben@cmalaw.net | Attorney for Plaintiff<br>JEAN EILEEN BRADY |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **JULY 11, 2022**, at Los Gatos, California.

*Mariela Nery*
_____
MARIELA NERY

REQUEST FOR JURY TRIAL AND
NOTICE OF DEPOSIT OF JURY FEES

Case No. 22CV398385