# EXHIBIT B

ARTHUR J. CASEY [SBN 123273]
DERRICK J. M<sup>C</sup>KAIN [SBN 339232]
FORD, WALKER, HAGGERTY & BEHAR, LLP
16450 Los Gatos Blvd., Suite 110
Los Gatos, CA 95032
Tel:    (408) 660-3102
Fax:    (408) 660-3105
Email: acasey@fwhb.com
          dmckain@fwhb.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| JEAN EILEEN BRADY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION;<br>and DOES 1 TO 50,<br><br>　　　　　　　　Defendants. | Case No. 22CV398385<br><br>**NOTICE TO PLAINTIFF OF REMOVAL OF ACTION TO FEDERAL COURT** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that, on August 12, 2022, a Notice of Removal of this civil action was filed by defendant Costco Wholesale Corporation, by and through its counsel of record, in the United States District Court for the Northern District of California, San Jose Division, pursuant to 28 U.S.C. §§ 1332, 1441 & 1446.  A copy of said Notice of Removal is attached hereto and incorporated herein by reference.

Dated:  August 12, 2022　　　　　　　　　　　　FORD, WALKER, HAGGERTY & BEHAR, LLP

　　　　　　　　　　　　　　　　　　　　　　　By: _/s/_
　　　　　　　　　　　　　　　　　　　　　　　　　ARTHUR J. CASEY
　　　　　　　　　　　　　　　　　　　　　　　　　DERRICK J. M<sup>C</sup>KAIN
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　COSTCO WHOLESALE CORPORATION

**PROOF OF SERVICE**
*Jean Eileen Brady vs. Costco Wholesale Corporation*
Santa Clara County Case No.: 22CV398385

I, MARIELA NERY, declare:

I am over the age of eighteen (18) years and not a party to the within entitled action. I am employed Ford, Walker, Haggerty & Behar, LLP. I am readily familiar with the firm's practice for collection and processing of documents for delivery by way of the service indicated below.

On **AUGUST 12, 2022**, I served the following document(s):

**NOTICE TO PLAINTIFF OF REMOVAL OF
ACTION TO FEDERAL COURT**

on the interested parties in this action as follows:

☒ **BY E-MAIL:** I caused the document to be sent to the person(s) at the e-mail address(es) listed below, each of whom previously authorized electronic service of documents in this action. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY MAIL**: By placing said document in an envelope or package for collection and mailing, addressed to the person at the address listed below, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing of mail. Under that practice, on the same day that mail is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

| | |
|---|---|
| Ben Stoddard, Esq.<br>Corsiglia MaMahon & Allard, LLP<br>96 North Third Street, Suite 620<br>San Jose, CA 95112<br>Email: ben@cmalaw.net | Attorney for Plaintiff<br>JEAN EILEEN BRADY |
| Narelle Pedroza - Legal Assistant/Paralegal<br>Email: narelle@cmalaw.net | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **AUGUST 12, 2022**, at Los Gatos, California.

*Mariela Nery*
MARIELA NERY